No. 73–6921.  VALLEJO v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 73–6940.  BROWN v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 73–6942.  MILLER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–6945.  SHABAZZ v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 73–6947.  DUCKETT ET AL. v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 73–6956.  JONES ET AL. v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 73–6963.  KOHN v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 73–6971.  COMBS v. HENDERSON, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 73–6978.  OWEN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–6981.  RICKETSON v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 73–6990.  KEARNS v. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 9th Cir. Certiorari denied.

No. 73–6993.  RUCKER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.